UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Matthew Ryan Gabbard,
    Plaintiff,

vs.

Detective Carl S. Pieczonka,
    Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

Case No.: 2:23-cv-00216-JRS-MKK
(TO BE SUPPLIED BY THE CLERK)

FILED
05/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

    Name matthew Ryan Gabbard

    Identification Number 149321

    Address Wabash Valley Correctional Facility

    P.O. Box 1111 -47838    Carlisle, IN. 47838

B. Defendant(s)

    Name Carl S. Pieczonka

    Title Detective, Dearborn County Sheriffs Dept.-(SCU)

    Address 301 W. High St. Lawrenceburg, IN.

    47025    Dearborn County Sheriffs Department

    Name _____

    Title _____

    Address _____

    _____

BK3

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because 1) the Plaintiff is currently incarcerated at Wabash Valley Correctional Facility in Indiana, which is within this district. 2) Offense that occured fell within Southern Districts Regions.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

N/A

IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u>   If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: <u>Defamation, Libel or Scandal, Slander; Anything published which is injurious to the good name, nature, or reputation of another person, which may bring him into disrepute, or cause avoidance due to hatred, contempt, or ridicule. Persons who hear or read false publications understand or believe it to refer to plaintiff, is delict.</u>

Ground 2: _____

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

Plaintiff Gabbard was transferred from the Indiana Department of Corrections, to the Dearborn County Law Enforcement Center, in Lawrenceburg, Indiana in March of 2021 until march of 2022. Which Plaintiff was at said facility for court proceedings on his Post Conviction Remedy. While Plaintiff Gabbard was at the Law Enforcement Center

See cont. Attached 2 BK3

Cont. Attached 1

being housed. Plaintiff got into trouble, on or around March 7, 2022, where furthermore possible criminal charges were being very subjectively investigated, that Prosecution later issued warrants and/or detainers for Plaintiff Gabbard and his co-defendants. Cause No: 15C01-2206-F2-005

The lead detective on this case was, Detective Carl S. Pieczonka, which is labeled as Defendant in this civil complaint. Defendant Pieczonka is employed by the Dearborn County Sherriffs Department, Special Crimes Unit in Lawrenceburg, Indiana. While Defendant Pieczonka was conducting his very subjective investigation, he conducted an interview with Richard Oldfield. Richard Oldfield is one of Plaintiff Gabbards co-defendants in the said criminal case. Defendant Pieczonka then obtained and learned about details of the alleged crimes. Richard Oldfield was the only person interviewed in this investigation, which contained a total of five co-defendants. The information that was obtained by Defendant Pieczonka was then published in a criminal motion of Discovery Cause No: 15C01-2206-F2-005. Upon the publishing of this information, Defendant Pieczonka included Plaintiff Gabbards name in a defamatory nature. Defendant Pieczonka published statement that states "Gabbard stated that Dustin Cole located a screw that was loose inside one of the showers in the dayroom and began digging at the small pin hole that was located in the window" Upon completely reading this

cont. Attached 2

BK3

cont'
attached 2

interview from Richard Oldfield, that statement doesn't even make sense, to be in accordance of a statement from Plaintiff. As previously captured, Plaintiff Gabbard was never interviewed by Defendant, Detective Carl S. Pieczonka. He also was not interviewed by any other detectives or investigators about this investigation at any point during said investigation. So there is absolutely zero reason for Plaintiff Matthew Gabbards name to be divulged in such a degrading and defaming manner, which is delicto. This causes continuous disrepute for Plaintiff. Plaintiff Gabbard's name shall never had been issued in such a defamatory manner. This is not just an error

cont,
attach 3

see attached
3

that can be viewed as harmless. Defendant Pieczonka acted with malice, as well callce indifference, from which the in sensitivity and cruel attitude have been developed through a prior investigation; Defendant had assisted in that labels Plaintiff a violent criminal. The way Defendant, Detective Carl Pieczonka published this statement [see Exhibit A] was in acts of defamation, libel, or slander, which those acts are contrary to Plaintiff Gabbard's rights and violation of common law on Defendants behalf.



civil and constitutionally amended rights. This is all contrary to the Plaintiffs rights and the Sworn Duty of Defendants

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I want a hand written Apology from Defendant, Det. Carl S. Pieczonka, For Defendant to be demoted, ultimately to be financially compensated for punitive damages that being loss of family relationships, personal relationships, mental anguish from defamation issues.

Smith v. Wade, 461 U.S. 30 (1983)

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this __17__ day of __April__, 20_23_.

_Matthew R Gabbard_
Plaintiff

BK3