UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MATTHEW RYAN GABBARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00216-JRS-MKK ) |
| CARL PIECZONKA, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

For the reasons detailed in the accompanying Order, the Court now enters **FINAL JUDGMENT**. The action is dismissed for lack of jurisdiction.

Date: 3/22/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

MATTHEW RYAN GABBARD
149321
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only